# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Philip Brockman Hager**                                          Case No.  **25-32367**
                                    Debtor(s)                            Chapter  **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Pendleton Community Ba**
**Pob 487**
**Franklin, WV 26807**   Attn: Officer, General or Managing Agent or agent authorized by appointment to receive service
*Name of creditor*

**2016 Ford F150 135,000 miles**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☑ To value your collateral. ***See Section 4 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                                     August 13, 2025
Date and time of confirmation hearing:          August 20, 2025 at 9:10 AM
Place of confirmation hearing:                      US Bankruptcy Ct., Rm #5100, 701 E. Broad St., Richmond, VA 23219

By:
**Philip Brockman Hager**
*Name(s) of debtor(s)*

**/s/ James H. Wilson, Jr.**
**James H. Wilson, Jr. 27878**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**James H. Wilson, Jr. 27878**
*Name of attorney for debtor(s)*
**4860 Cox Rd., Ste. 200**
**Glen Allen, VA 23060**
*Address of attorney [or pro se debtor]*

Tel. #  **804-740-6464**
Fax #

*ver. 12/17*

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 25th day of June, 2025 .

                                                  /s/ James H. Wilson, Jr.
                                                **James H. Wilson, Jr. 27878**
                                                *Signature of attorney for debtor(s)*

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Philip Brockman Hager**                                                                                        Case No.  **25-32367**
                                                    Debtor(s)                                                                    Chapter  **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Pendleton Community Bank**
**Pob 487**
**Franklin, WV 26807**  Attn: Officer, General or Managing Agent or agent authorized by appointment to receive service
*Name of creditor*

**2013 Ford F150 168,000 miles**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☑ To value your collateral.  ***See Section 4 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | August 13, 2025 |
| Date and time of confirmation hearing: | August 20, 2025 at 9:10 AM |
| Place of confirmation hearing: | U.S. Bankruptcy Ct., Rm. #5100, 701 E. Broad St., Richmond, VA 23219 |

**Philip Brockman Hager**
*Name(s) of debtor(s)*

By:  **/s/ James H. Wilson, Jr.**
**James H. Wilson, Jr. 27878**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**James H. Wilson, Jr. 27878**
*Name of attorney for debtor(s)*
**4860 Cox Rd., Ste. 200**
**Glen Allen, VA 23060**
*Address of attorney [or pro se debtor]*

Tel. #  **804-740-6464**
Fax #

*ver. 12/17*

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 25th day of June, 2025.

/s/ James H. Wilson, Jr.
**James H. Wilson, Jr. 27878**
*Signature of attorney for debtor(s)*

*ver. 12/17*