| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 25-32367-KLP<br>Eastern District of Virginia<br>Richmond<br>Wed Jun 25 10:00:37 EDT 2025 | Pendleton Community Bank<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>PO Box 880<br>Toccoa, GA 30577-0880 | Acima Digital Fka Simp<br>9815 S. Monroe St, Flr. 4<br>Sandy, UT 84070-4384 | Affirm<br>650 California St, 12 flr<br>San Francisco, CA 94108-2716 |
| American Express<br>PO Box 981540<br>El Paso, TX 79998-1540 | Barclays Bank<br>125 South West St.<br>Wilmington, DE 19801-5014 | Citibank<br>PO Box 790040<br>Saint Louis, MO 63179-0040 |
| Colonial Farm Credit ASA<br>c/o Hairfield Morton Adam Trex<br>2800 Buford Rd., Ste. 201<br>Richmond, VA 23235-2453 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Goochland County Treasurer<br>PO Box 188<br>Goochland, VA 23063-0188 | Hanover County Treasurer<br>PO Box 200<br>Hanover, VA 23069-0200 |
| Henrico County Dept. of Fin<br>PO Box 90775<br>Henrico, VA 23273-0775 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kimberley Hamby Hager<br>3677 Three Chopt Rd.<br>Goochland, VA 23065-2144 |
| Koalafi<br>Attn: Bankruptcy<br>Po Box 5518<br>Glen Allen, VA 23058-5518 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Pendleton Community Ba<br>Pob 487<br>Franklin, WV 26807-0487 |
| Quantum3 Group LLC as agent for<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Richmond VA Child Support<br>Attn: Bankruptcy Department<br>5600 Cox Road<br>Glen Allen, VA 23060-9266 | Sheffield Financial Co<br>Po Box 849<br>Wilson, NC 27894-0849 |
| Sofi<br>PO Box 654158<br>Dallas, TX 75265-4158 | Stiles, Ewing, Powers<br>3957 Westerre Pkwy., Ste. 400<br>Henrico, VA 23233-1319 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Department<br>Po Box 965060<br>Orlando, FL 32896-5060 |

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synovus Bank
1111 Bay Ave.
Columbus, GA 31901-5218

The Bureaus
650 Dundee Rd., Ste. 370
Northbrook, IL 60062-2757

Truist Bank
Po Box 849
Wilson, NC 27894-0849

US Bankcorp
800 Nicollet Mall
Minneapolis, MN 55402-2511

Virginia Child Support
Bankruptcy Unit
PO Box 71900
Henrico, VA 23255-1900

Volkswagen Credit, Inc
Attn: Bankruptcy
1401 Franklin Blvd.
Libertyville, IL 60048-4460

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328-0001

James H. Wilson Jr.
4860 Cox Road, Suite 200
Glen Allen, VA 23060-9248

Matthew W. Cheney
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Philip Brockman Hager
583 Hazel Place, Unit A
Henrico, VA 23233-7546

Suzanne E Wade
Suzanne E. Wade, Trustee
7202 Glen Forest Dr.
Suite 202
Richmond, VA 23226-3770

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103-0000

Lendmark Financial Ser
2118 Usher St.
Covington, GA 30014-0000

Republic Finance
Attn: Bankruptcy
7031 Commerce Cir.
Baton Rouge, LA 70809-0000

(d)Republic Finance, LLC
282 Tower Rd
Ponchatoula, LA 70454

End of Label Matrix
Mailable recipients    41
Bypassed recipients     0
Total                  41