# United States Bankruptcy Court
## Eastern District of Virginia

In re **Philip Brockman Hager**　　　　　　　　　　　　　　　Case No. **25-32367**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:　**Pendleton Community Ba**
　　**Pob 487**
　　**Franklin, WV 26807**　Attn: Officer, General or Managing Agent or agent authorized by appointment to receive service
　　*Name of creditor*

　　**2016 Ford F150 135,000 miles**
　　*Description of collateral*

1.　The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

　　☑　To value your collateral. ***See Section 4 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

　　☐　To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.　***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | August 13, 2025 |
| Date and time of confirmation hearing: | August 20, 2025 at 9:10 AM |
| Place of confirmation hearing: | US Bankruptcy Ct., Rm #5100, 701 E. Broad St., Richmond, VA 23219 |

　　　　　　　　　　　　　　　　　　**Philip Brockman Hager**
　　　　　　　　　　　　　　　　　　*Name(s) of debtor(s)*

　　　　　　　　　　　　By:　**/s/ James H. Wilson, Jr.**
　　　　　　　　　　　　　　　**James H. Wilson, Jr. 27878**
　　　　　　　　　　　　　　　*Signature*

　　　　　　　　　　　　　　　☑ Debtor(s)' Attorney
　　　　　　　　　　　　　　　☐ Pro se debtor

　　　　　　　　　　　　　　　**James H. Wilson, Jr. 27878**
　　　　　　　　　　　　　　　*Name of attorney for debtor(s)*
　　　　　　　　　　　　　　　**4860 Cox Rd., Ste. 200**
　　　　　　　　　　　　　　　**Glen Allen, VA 23060**
　　　　　　　　　　　　　　　*Address of attorney [or pro se debtor]*

　　　　　　　　　　　　　　　Tel. #　**804-740-6464**
　　　　　　　　　　　　　　　Fax #

*ver. 12/17*

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 25th day of June, 2025 .

/s/ James H. Wilson, Jr.
**James H. Wilson, Jr. 27878**
*Signature of attorney for debtor(s)*

*ver. 12/17*

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Philip Brockman Hager**                                                          Case No.  **25-32367**
                                                Debtor(s)                                 Chapter    **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **Pendleton Community Bank**
**Pob 487**
**Franklin, WV 26807  Attn: Officer, General or Managing Agent or agent authorized by appointment to receive service**
*Name of creditor*

**2013 Ford F150 168,000 miles**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☑ To value your collateral. ***See Section 4 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                                             August 13, 2025
Date and time of confirmation hearing:              August 20, 2025 at 9:10 AM
Place of confirmation hearing:                           U.S. Bankruptcy Ct., Rm. #5100, 701 E. Broad St.,
                                                                              Richmond, VA 23219

                                                           **Philip Brockman Hager**
                                                           *Name(s) of debtor(s)*

                                           By:    **/s/ James H. Wilson, Jr.**
                                                   **James H. Wilson, Jr. 27878**
                                                   *Signature*

                                                   ☑ Debtor(s)' Attorney
                                                   ☐ Pro se debtor

                                                   **James H. Wilson, Jr. 27878**
                                                   *Name of attorney for debtor(s)*
                                                   **4860 Cox Rd., Ste. 200**
                                                   **Glen Allen, VA 23060**
                                                   *Address of attorney [or pro se debtor]*

                                                   Tel. #   **804-740-6464**
                                                   Fax #

*ver. 12/17*

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 25th day of June, 2025.

/s/ James H. Wilson, Jr.
**James H. Wilson, Jr. 27878**
*Signature of attorney for debtor(s)*

*ver. 12/17*