**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-32367-KLP |
| PHILIP BROCKMAN HAGER | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |
| | : | Judge Keith L. Phillips |
| | : | |

_____

**NOTICE OF HEARING**
_____

**PLEASE TAKE NOTICE** that Pendleton Community Bank, by counsel, has filed an *Objection to Confirmation of Proposed Chapter 13 Plan.*

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Objection carefully and discuss it with your attorney, if you have one in the Chapter 13 case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** that unless a written response to this Objection and supporting memorandum are filed with the Clerk of Court and served on the moving party at least 3 days prior to the Hearing on the Objection (or as provided in any pre-hearing Order) objecting to the relief requested, the Court may deem any opposition waived, treat the Objection as conceded, and issue an order granting the requested relief without further notice or hearing.

If you mail your response to the Court for filing, you must mail it to the following address early enough so the Court will **receive** it on or before the date stated above:

United States Bankruptcy Court Eastern District of Virginia
Attn: Clerk of Court
701 East Broad Street
Richmond, Virginia 23219

Hannah W. Hutman (VSB #79635)
Hoover Penrod, PLC
342 S. Main Street
Harrisonburg, VA 22801
(540) 433-2444
hhutman@hooverpenrod.com

You must also mail a copy to:

    HOOVER PENROD PLC
    Attn: Hannah W. Hutman
    342 South Main Street
    Harrisonburg, Virginia 22801

    Suzanne E. Wade, Trustee
    7202 Glen Forest Dr, Ste 202
    Richmond, VA 23226

    United States Trustee, Richmond
    Office of the United States Trustee
    701 E. Broad Street, Ste. 4304
    Richmond, VA 23219-1849

You also must attend the hearing to be held on **August 20, 2025 at 9:10am,** in Room 5100, United States Bankruptcy Court, 701 E. Broad Street, Richmond, VA 23219

**If you or your attorney do not take these steps, the Movant will submit the proposed order to the Court approving the Objection, and the Court may deem any opposition waived, treat the Objection as conceded, and issue an order granting the requested relief without further notice or hearing.**

**Dated: August 13, 2025**

                                          **PENDLETON COMMUNITY BANK**
                                          **By Counsel**

By: /s/ Hannah W. Hutman
Hannah W. Hutman (VSB#79635)
*hhutman@hooverpenrod.com*
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
*Counsel for Pendleton Community Bank*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that I have this 13th day of August, 2025, transmitted a true copy of the foregoing *Notice of Hearing and Objection to Proposed Chapter 13 Plan* electronically through the Court's CM/ECF system to all registered participants, and by mail, to the following:

Philip Brockman Hager
583 Hazel Place, Unit A
Henrico, VA 23233-7546
*Debtor*

James H. Wilson, Jr.
4860 Cox Rd, Ste 200
Glen Allen, VA 23060
*Debtor's Counsel*

Suzanne E. Wade
7202 Glen Forest Dr, Ste 202
Richmond, VA 23226
*Ch. 13 Trustee*

      /s/ Hannah W. Hutman
      Hannah W. Hutman, Counsel

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-32367-KLP |
| PHILIP BROCKMAN HAGER | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |
| | : | Judge Keith L. Phillips |
| | : | |

_____

**OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN**
_____

Pendleton Community Bank ("PCB"), by counsel, comes now to object to confirmation of the Amended Chapter 13 Plan dated June 25, 2025 [Doc. 15] (the "Amended Plan") and respectfully represents as follows:

1.  The Amended Plan is scheduled for confirmation on August 20, 2025 at 9:10 a.m. PCB objects to confirmation of the plan as filed, pursuant to 11 U.S.C. § 1325 on the grounds that, based on loan documents held by PCB and included in its Proofs of Claim #9 and 10 (the "PCB Claims"), the collateral for each of the loans is undervalued. Additionally, the Debtor is proposing payment of both loans at an impermissible interest rate (0%).

2.  PCB has a valid perfected security interest in the 2013 Ford F-150 Crew Cab VIN #x4692 (the "2013 Ford F-150"), pursuant to a Retail Installment Sale Contract ("Contract 1") dated October 25, 2022. As evidenced by documents attached to PCB's Proof of Claim #9 ("Claim #9") filed herein, PCB noted its lien on the title to the 2013 Ford F-150. The interest rate based on Contract 1 is 8.79%. The Amended Plan proposes 0% interest.

3.  As further evidenced by documents attached to PCB's Claim #9, the NADA/JD Power valuation, based on the Vehicle Identification Number of the 2013 Ford F-150, is $20,175.00. The balance due on the loan as of June 20, 2025 was $20,032.94. Therefore, PCB asserts that Claim #9 is fully secured and should be treated as such, however the Amended Plan crams down the value of this vehicle to $9,700.00.

4

4.     PCB also has a valid perfected security interest in the 2016 Ford F-150 Extended Cab VIN #x3322 (the "2016 Ford F-150"), pursuant to a Retail Installment Sale Contract ("Contract 2") dated December 22, 2022.  As evidenced by documents attached to PCB's Proof of Claim #10 ("Claim #10") filed herein, PCB noted its lien on the title to the 2016 Ford F-150. The interest rate based on Contract 2 is 8.79%. The Amended Plan proposes 0% interest.

5.     As further evidenced by documents attached to PCB's Claim #10, the NADA/JD Power valuation, based on the Vehicle Identification Number of the 2016 Ford F-150, is $19,675.00. The balance due on the loan as of June 20, 2025 was $23,107.92. PCB asserts that Claim #10 is secured in the amount of $19,675.00, with the remaining loan balance being the unsecured portion of the claim. Debtor's plan crams down the value of this vehicle to $12,100.00.

WHEREFORE, Pendleton Community Bank, by counsel, requests that Court deny confirmation of the Amended Plan as submitted, that the 2013 Ford F-150 and the 2016 Ford F-150 (the "Subject Vehicles") each be valued at its respective replacement retail value as set forth in Claims #9 and 10 or, in the alternative, that Debtor submits the Subject Vehicles to an appraiser of PCB's choosing for an appraisal and that the Subject Vehicles be valued after that appraisal, and for such other relief as the Court deems just be granted.

**Dated:  August 13, 2025**                                                                 Respectfully Submitted,
                                                                                            **PENDLETON COMMUNITY BANK**
                                                                                            **By Counsel**

By: /s/ Hannah W. Hutman
Hannah W. Hutman, Esquire (VSB#79635)
hhutman@hooverpenrod.com
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
*Counsel for Pendleton Community Bank*

5