**Fill in this information to identify your case:**

Debtor 1  Philip Brockman Hager
_____First Name_____Middle Name_____Last Name_____

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name     Last Name

United States Bankruptcy Court for the: Eastern District of Virginia

Case number  25-32367
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _[signature]_____    ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Date  10/14/25                       Date _____
      MM / DD / YYYY                      MM / DD / YYYY

Official Form 106Dec              **Declaration About an Individual Debtor's Schedules**