# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

In re:                                                  :
                                                        :
   Philip Brockman Hager,          : Case No: 25-32367
                                                        : Chapter 13
         Debtor.                      :

## CERTIFICATION OF NO UNPAID DEBTS

Pursuant to Local Bankruptcy Rule 1017-1(A), the undersigned Debtor does hereby certify that no unpaid debts have been incurred since the commencement of the case.

Date: 10/01/25                              /s/ Philip Brockman Hager
                                            Debtor

/s/James H. Wilson, Jr.
James H. Wilson, Jr.
Counsel for Debtor
VSB No: 27878
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464