UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | : |
| | : |
|    PHILIP BROCKMAN HAGER, | : Case No: 25-32367 |
| | : Chapter 7 |
|       Debtor. | : |
| | : |
| VW CREDIT, INC., | : |
|       Movant, | : |
| | : |
| v. | : |
| | : |
| PHILIP BROCKMAN HAGER, | : |
| JENNIFER J. WEST, TRUSTEE, | : |
|       Respondents. | : |

## RESPONSE TO MOTION FOR RELIEF

The response of Philip Brockman Hager, Debtor, to the Motion for Relief from the Automatic Stay filed herein on November 5, 2025, respectfully states as follows:

1. On October 14, 2025, Debtor filed his Statement of Intention indicating a surrender of the vehicle securing Movant's debt.

2. The Section 341 Meeting of Creditors was conducted on October 28, 2025.

3. Under Bankruptcy Code §521(a)(6)(B), the stay shall terminate on December 12, 2025, unless the debt is reaffirmed or the property redeemed.

4. Debtor has no objection to, and does not oppose, the relief requested.

WHEREFORE, Debtor prays of the Court to issue such orders, processes, or judgments that are necessary or appropriate to carry out the provisions of Title 11.

                                        PHILIP BROCKMAN HAGER
                                        By counsel

Date:  November 19, 2025

James H. Wilson, Jr., VSB No: 27878
Counsel for Debtor
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464

1

/s/James H. Wilson, Jr.
James H. Wilson, Jr.
Counsel for Debtor
VSB No: 27878
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464

PROOF OF SERVICE

I certify that on November 19, 2025, I served a copy of the foregoing Response on the parties listed below, by ECF and/or first-class mail, postage prepaid:

Jennifer J. West, Esq.
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Kim R. Gershen, Esq.
Samuel I. White, P.C.
448 Viking Drive, Suite 2350
Virginia Beach, VA  23452

/s/ James H. Wilson, Jr.
James H. Wilson, Jr., VSB No: 27878
Counsel for Debtor